UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,

  v.

JOSEPH PAUL MULLEN,

        Defendant.
_____/

**INDICTMENT**

The Grand Jury charges:

## COUNT 1
(Felon in Possession of a Firearm)

On or about November 4, 2020, in Ingham County, in the Southern Division of the Western District of Michigan,

JOSEPH PAUL MULLEN,

knowing he had previously been convicted of one or more crimes punishable by imprisonment for a term exceeding one year, knowingly possessed a loaded Glock 9mm caliber pistol, which was in and affecting commerce. The firearm was seized from a vehicle operated by Mullen.

18 U.S.C. § 922(g)(1)
18 U.S.C. § 921(a)
18 U.S.C. § 924(a)(2)

## COUNT 2
(Felon in Possession of Ammunition)

On or about November 4, 2020, in Ingham County, in the Southern Division of the Western District of Michigan,

JOSEPH PAUL MULLEN,

knowing he had previously been convicted of one or more crimes punishable by imprisonment for a term exceeding one year, knowingly possessed 4 rounds of 7.62x39mm caliber ammunition, which were in and affecting commerce. The ammunition was seized from Mullen's residence.

18 U.S.C. § 922(g)(1)
18 U.S.C. § 921(a)
18 U.S.C. § 924(a)(2)

## FORFEITURE ALLEGATION
(Felon in Possession of a Firearm and Ammunition)

The allegations contained in Counts 1 and 2 of this Indictment are hereby re-alleged and incorporated by reference for the purpose of alleging forfeiture pursuant to 18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c).

Upon conviction of an offense in violation of 18 U.S.C. § 922(g)(1), the defendant,

JOSEPH PAUL MULLEN,

shall forfeit to the United States, pursuant to 18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c), any firearm or ammunition involved in or used in the offense, including, but not limited to: a loaded Glock 9mm caliber pistol (serial number AAGT495), 19 rounds of 9mm ammunition, and four rounds of 7.62x39mm caliber ammunition.

18 U.S.C. § 924(d)(1)
28 U.S.C. § 2461(c)

A TRUE BILL

_____
GRAND JURY FOREPERSON

ANDREW BYERLY BIRGE
United States Attorney

_____
ALEXIS M. SANFORD
Assistant United States Attorney