UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

- - - - - - - - - -

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

JOSEPH PAUL MULLEN,

        Defendant.
_____/

Case No.: 1:21-CR-00021-JTN

PETITION FOR WRIT OF HABEAS
CORPUS AD PROSEQUENDUM

TO:
    UNITED STATES MAGISTRATE JUDGE
    WESTERN DISTRICT OF MICHIGAN

Now comes Alexis M. Sanford, Assistant United States Attorney for the Western District of Michigan, and attorney for the petitioner, and brings this, her Petition for Writ of Habeas Corpus Ad Prosequendum, and in support thereof respectfully states unto this Honorable Court as follows:

    1.    That on or about February 2, 2021, an Indictment was returned against defendant Joseph Paul Mullen, charging him with Conspiracy, Felon in Possession of a Firearm in violation of 18 U.S.C. § 922(g)(1) and Felon in Possession of Ammunition in violation of 18 U.S.C. § 922(g)(1).

    2.    That the defendant is presently incarcerated at the Cooper Street Correctional Facility, and that he cannot be produced and appear before this Court for an initial appearance before this court without an order of this Court.

WHEREFORE, your petitioner prays that a Writ of Habeas Corpus Ad Prosequendum may issue out of the Court directed to Warden, Cooper Street Correctional Facility, and to each

and all of his assistants, to surrender the said defendant to the United States Marshal for the Western District of Michigan, or his deputies, or agents of the Bureau of Alcohol Tobacco and Firearms for transportation to Grand Rapids, Michigan, and further directing the United States Marshal for the Western District of Michigan, and his deputies, or agents of the Bureau of Alcohol Tobacco and Firearms to have the said defendant before this Court at Grand Rapids, Michigan, on February 22, 2021, at 2:00 p.m., and at such other times and dates as the Court may decree, and after the conclusion of this case that said defendant be returned to the Cooper Street Correctional Facility.

Dated: February 16, 2021

ALEXIS M. SANFORD
Assistant United States Attorney

## **ORDER**

Let a Writ of Habeas Corpus Ad Prosequendum issue as prayed for in the foregoing petition, returnable 2:00 p.m. on February 22, 2021, and at such other times and dates as the Court may decree, in Grand Rapids, Michigan.

Dated: _____

HON.
United States Magistrate Judge